Adam J. Thurston (Bar No. 162636)
Adam.Thurston@dbr.com
**DRINKER BIDDLE & REATH LLP**
1800 Century Park East, Suite 1400
Los Angeles, California  90067-1517
Phone:  (310) 203-4000
Fax:  (310) 229-1285

Barry W. Sufrin  (IL Bar No. 2765314)
bwsufrin@michaelbest.com, (admitted *pro hac vice*)
Gilberto E. Espinoza  (IL Bar No. 6277437)
geespinoza@michaelbest.com, (admitted *pro hac vice*)
**MICHAEL BEST & FRIEDRICH LLP**
180 Stetson Avenue, Suite 2000
Chicago, Illinois  60601
Phone:  (312) 222-0800
Fax:  (312) 222-0818

*Attorneys for Defendant,*
*Republic Tobacco, L.P.*

Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Phone:   (949) 502-2870

*Attorneys for Plaintiffs,*
*Fan Bao and Zico USA, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN BAO, an individual; and ZICO USA, INC., a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>REPUBLIC TOBACCO, L.P., a Delaware limited partnership,<br><br>　　　　　　Defendant. | Case No. CV 14-3655 BRO (MANx)<br><br>**STIPULATION REGARDING CONSENT JUDGMENT**<br><br>Judge: Hon. Beverly Reid O'Connell |

WHEREAS, in the above-captioned case, Plaintiffs Fan Bao ("Bao") and Zico USA, Inc. ("Zico") (collectively "Plaintiffs") accuse Defendant Republic Tobacco, L.P. ("Republic" or "Defendant") of infringing U.S. Patent No. 8,261,752 ("the '752 patent").

WHEREAS, on July 30, 2014, Defendant Republic filed an Answer asserting defenses of non-infringement of a valid claim of the '752 patent and invalidity of the claims of the '752 patent.  (ECF 15 at ¶¶ 21–24.)

WHEREAS, on October 16, 2014, Defendant Republic filed a petition to institute an *inter partes* review ("IPR") of all claims (1–25) of the '752 Patent by the U.S. Patent and Trademark Office Patent Trial and Appeal Board ("the Board").

WHEREAS, on May 1, 2015, the Board issued its decision instituting *inter partes* review of all the claims of the '752 patent.

WHEREAS, on January 21, 2016, the Board heard oral argument.  On April 27, 2016, the Board issued a final written decision on all 25 claims of the '752 patent ordering cancellation of claims 1 and 25 and holding claims 2–24 unpatentable.

WHEREAS, Plaintiff Bao elected not to file a notice appeal from the final written.

WHEREAS, Plaintiffs Bao and Zico, by their attorneys, have consented to entry of this Consent Judgment without trial or adjudication of any issue of fact or law and to waive any appeal if the Consent Judgment is entered as submitted by the parties;

WHEREAS, good cause exists to enter final judgment in favor of Defendant Republic and against Plaintiffs Bao and Zico;

NOW, THEREFORE, without trial or adjudication of issues of fact or law, and upon consent of Plaintiffs Bao and Zico and Defendant, through their respective counsel, hereby stipulate as follows, subject to approval of the Court:

1.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a) and the parties.  Venue is proper under 28 U.S.C.§§ 1391(b), 1391(c) and 1400(b).

2.     All of the claims of the '752 patent are invalid in view of the final written decision entered by the Board on April 27, 2016, ordering cancellation of claims 1 and 25 and holding claims 2–24 unpatentable.

3.     Defendant Republic has not infringed any valid claims of the '752 patent.

4.     Final judgment is entered in favor of Defendant Republic and against Plaintiffs Bao and Zico.

5.     Each party shall bear their own costs and attorneys' fees.

6.     The Effective Date of this Consent Judgment shall be the date on which the Consent Judgment has been entered by the Court and has become final and non-appealable.


Respectfully submitted,


Dated:    July 14 , 2016          **ONE LLP**


By:   */s/ Nathaniel L. Dilger*
Nathaniel L. Dilger

*Attorneys for Plaintiffs,*
*Fan Bao and Zico USA, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:     July 14, 2016             **DRINKER BIDDLE & REATH LLP**

By:   */s/ Adam J. Thurston*
Adam J. Thurston

*Attorneys for Defendant,*
*Republic Tobacco, L.P.*

Filer's Attestation: I certify that the other signatory listed above, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

*/s/ Adam J. Thurston*
Adam J. Thurston